UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-02350-AH-(RAOx) | Date | April 11, 2025 |
|---|---|---|---|
| Title | *Ameris Bank v. Real Quest Pizza LLC et al.* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 19, 2025, the Court requested that a Status Report be filed regarding this action by March 19, 2025.  Dkt. No. 22.  On March 17, 2025, Plaintiff filed a Status Report.  Dkt. No. 23.  In the Status Report, Plaintiff explained that Defendants Terry Finley ("Terry") and Benjamin Finley ("Benjamin") are under temporary injunctive relief.  *Id.*

Plaintiff is ordered to show cause as to why the case should not be administratively closed, without prejudice, pending the resolution of proceedings against Terry and Benjamin.  If Plaintiff does not believe the case should be administratively closed, Plaintiff should lodge the temporary injunctive relief Order affecting Terry and Finley with the Court.  Plaintiff may notify the Court in writing of a change in circumstances warranting the reopening of this matter and the placement of the case back on active status, and the Court would retain full jurisdiction over this action.

CIVIL MINUTES – GENERAL       Initials of Deputy Clerk YS

Plaintiff shall respond to this Order to Show Cause within **fourteen (14) days**.  Failure to timely or adequately respond to this Order to Show Cause may, without further warning, result in the Court's dismissal of the entire action without prejudice.

**IT IS SO ORDERED.**